Jeremiah HENDERSON,
Plaintiff–Appellant,

v.

COMMONWEALTH ATTORNEY FOR ROCKBRIDGE COUNTY, Virginia; Rockbridge Department of Social Services; Rockbridge Square Associates LLC; Suntrust Bank, Defendants–Appellees.

No. 04–1397.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 29, 2004.

Decided: Aug. 3, 2004.

Jeremiah Henderson, Appellant pro se.

Carlene Booth Johnson, Perry & Windels, Dillwyn, Virginia; Walter Herbert Peake, III, Nancy Fuller Reynolds, Frith, Anderson & Peake, Roanoke, Virginia; John Ray Alford, Jr., James Frederick Watson, Caskie & Frost, Lynchburg, Virginia, for Appellees.

Before LUTTIG, MICHAEL, and DUNCAN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeremiah Henderson appeals from the district court's order denying his Fed. R.Civ.P. 59(e) motion in which he sought reconsideration of the district court's denial of his motion to reinstate his case and to file an amended 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Henderson v. Commonwealth Attorney for Rockbridge County*, No. CA-02-55-6 (W.D.Va. Mar. 1, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*